In the Matter of MILTON ABRAMOWITZ et al., Respondents, against MUNICIPAL CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK et al., Appellants.

First Department, June 21, 1954.

*Sidney P. Nadel* of counsel (*Seymour B. Quel* and *Victor J. Herwitz* with him on the brief; *Adrian P. Burke, Corporation Counsel,* attorney), for appellants.

*Alan J. B. Aronsohn* of counsel (*Matthew Silverman* with him on the brief; *Robinson, Silverman & Pearce,* attorneys), for respondents.

BREITEL, J. For the reasons indicated in the opinion in *Matter of Dowling* v. *Brennan,* decided simultaneously herewith (284 App. Div. 563), the order at Special Term should be affirmed, with costs.

CALLAHAN, J. P., BASTOW, BOTEIN and BERGAN, JJ., concur.

For the reasons indicated in the opinion in *Matter of Dowling* v. *Brennan,* decided simultaneously herewith, the order is unanimously affirmed, with $20 costs and disbursements to the respondent.